B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re CT Care, LLC , Case No. 17-32417

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Laureate Mortgage, LLC | U.S. Dept. of Housing & Urban Devel. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

C/o 25 Capital Partners
13024 Ballantyne Corporate, Suite 425
Charlotte, NC 28277
Attn: Mr. Scott Burnett

Court Claim # (if known): 29
Amount of Claim: 
Date Claim Filed: 06/01/2018

Phone: (704) 426-1361
Last Four Digits of Acct #: N/A

Phone: (202) 402-2782
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 
Last Four Digits of Acct #: 

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Craig E. Reimer, Attorney for Transferee     Date: 09/04/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

> Southview Manor (FHA Project No. 071-22210)
> The Terrace (FHA Project No. 071-22212)
> West Chicago Terrace (FHA Project No. 071-22213)
> Bourbonnais Terrace (FHA Project No. 071-22214)
> Joliet Terrace (FHA Project No. 071-22215)
> Kankakee Terrace (FHA Project No. 071-22216)
> Frankfort Terrace (FHA Project No. 071-22217)
> Community Care Center (FHA Project No. 071-22218)
> Crestwood Terrace (FHA Project No. 071-22219)

## ASSIGNMENT AND ASSUMPTION OF COLLATERAL DOCUMENTS

**FOR VALUE RECEIVED THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, OF WASHINGTON, D.C., HIS/HER SUCCESSORS AND ASSIGNS** ("Assignor" or "HUD") does hereby assign, transfer, sell, set over and deliver unto **LAUREATE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS** ("Assignee"), and Assignee does hereby assume, all of Assignor's right, title and interest in and to those certain collateral documents pertaining to Southview Manor (FHA Project No. 071-22210), The Terrace (FHA Project No. 071-22212), West Chicago Terrace (FHA Project No. 071-22213), Bourbonnais Terrace (FHA Project No. 071-22214), Joliet Terrace (FHA Project No. 071-22215), Kankakee Terrace (FHA Project No. 071-22216), Frankfort Terrace (FHA Project No. 071-22217), Community Care Center (FHA Project No. 071-22218), and Crestwood Terrace (FHA Project No. 071-22219) listed on Exhibit A attached hereto and incorporated by reference herein, as assigned, amended or modified from time to time, as of August 30, 2018. Moreover, by execution of this document, HUD assigns all of its claims as filed in the Bankruptcy Court for the Northern District of Illinois in CC Care, LLC (Case No.: 17-32406), BT Bourbonnais Care, LLC (Case No.: 17-32411), CT Care, LLC (Case No.: 17-32417), FT Care, LLC (Case No.: 17-32423), JT Care, LLC (Case No.: 17-32425), KT Care, LLC (Case No.: 17-32427), SV Care, LLC (Case No.: 17-32430), TN Care, LLC (Case No.: 17-32429), WCT Care, LLC (Case No.: 17-32433), and JLM Financial Healthcare, LP (Case No.: 17-32421), (collectively "Proofs of Claim"), to the Assignee **EXCEPT FOR** any claims, defenses, and allegations existing or arising, in whole or part, from the HUD Regulatory Agreements referenced in the Proofs of Claim; all such Regulatory Agreements claims, defenses, and allegations being retained by HUD unless and until HUD may withdraw those claims.

The provisions herein can only be changed, modified or discharged by an instrument which must be in writing and executed by the parties hereto.

This Assignment and Assumption of Collateral Documents constitutes the entire agreement and understanding of the parties with respect to the subject matter hereof, and supersedes all prior but not contemporaneous, oral or written agreements and understandings.

This Assignment and Assumption of Collateral Documents may be executed in any number of duplicate originals and each duplicate original shall be deemed to be an original. This

Assignment and Assumption of Collateral Documents may be executed in several counterparts, each of which counterparts shall be deemed an original instrument and all of which together shall constitute a single Agreement. The failure of any party hereto to execute any counterpart hereof shall not relieve the other signatories from their obligations hereunder.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

**IN WITNESS WHEREOF**, this Assignment of Collateral Documents has been executed and delivered under seal by its duly authorized agent as of the 29th day of August, 2018.

WITNESS:

_____
John Comeau

_____
Alyssa Fluke

SECRETARY OF HOUSING AND
URBAN DEVELOPMENT

By: _____
Authorized Agent        John W. Lucey

LAUREATE MORTGAGE, LLC

By: _____

Name: Shaun Ahmad

Title: Manager

EXHIBIT "A"
LIST OF ASSIGNED DOCUMENTS

1. Amended and Restated Intercreditor Agreement with Rider to Amended and Restated Intercreditor Agreement, each dated as of September 27, 2012, by and between Cambridge Realty Capital Ltd. of Illinois ("Cambridge"), MidCap Funding IV, LLC ("MidCap"), BT Bourbonnais Care, LLC ("BT"), CC Care, LLC ("CC"), CT Care, LLC ("CT"), FT Care, LLC ("FT"), JT Care, LLC ("JT"), KT Care, LLC ("KT"), SH Care, LLC ("SH"), SV Care, LLC ("SV"), TN Care, LLC ("TN"), and WCT Care, LLC ("WCT"), except as it pertains to Sycamore Terrace, FHA Project No. 071-22011, SH Quincy, LLC, and/or SH Care, LLC;
2. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between BT, MidCap, Cambridge, and Wells Fargo Bank, National Association ("Wells");
3. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between BT, BT (in its capacity as Borrower Representative), MidCap, Cambridge, and Wells;
4. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 796-3017152 dated June 27, 2012 by and between BT, BT (in its capacity as "Borrower Representative"), MidCap, Cambridge, and Wells;
5. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 314-0033741 dated June 27, 2012 by and between BT, MidCap, Cambridge, and Wells;
6. Deposit Account Control Agreement (Access Restricted Immediately) dated June 27, 2012 by and between BT, Cambridge, and Wells;
7. Collection Account Agreement (Governmental Receivables — Two Secured Parties) dated June 27, 2012 by and between BT, MidCap, Cambridge, and Wells;
8. Member Security Agreement made, entered into and dated as of August 1, 2014 by and between JLM Financial Healthcare, LP, a Texas limited partnership ("Member") and Cambridge Realty Capital Ltd. of Illinois, an Illinois corporation ("Secured Party") (executed in connection with Bourbonnais Terrace);
9. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between CC, MidCap, Cambridge, and Wells;
10. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between CC, BT, MidCap, Cambridge, and Wells;
11. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 796-3017152 dated June 27, 2012 by and between CC, Borrower Representative, MidCap, Cambridge, and Wells;
12. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 314-0033857 dated June 27, 2012 by and between CC, MidCap, Cambridge, and Wells;
13. Deposit Account Control Agreement (Access Restricted Immediately) dated June 27, 2012 by and between CC, Cambridge, and Wells;
14. Collection Account Agreement (Governmental Receivables — Two, Secured Parties) dated June 27, 2012 by and between CC, MidCap, Cambridge, and Wells;
15. Member Security Agreement made, entered into and dated as of August 1, 2014 by and between JLM Financial Healthcare, LP, a Texas limited partnership ("Member") and Cambridge Realty Capital Ltd. of Illinois, an Illinois corporation ("Secured Party") (executed in connection with Community Care Center);

16. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between CT, MidCap, Cambridge, and Wells;
17. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between CT, BT, MidCap, Cambridge, and Wells;
18. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 796-3017152 dated June 27, 2012 by and between CT, BT, MidCap, Cambridge, and Wells;
19. Deposit Account Control Agreement (Access Restricted after Notice Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 314-0033899 dated June 27, 2012 by and between CT, MidCap, Cambridge, and Wells;
20. Deposit Account Control Agreement (Access Restricted Immediately) dated June 27, 2012 by and between CT, Cambridge, and Wells;
21. Collection Account Agreement (Governmental Receivables — Two Secured Parties) dated June 27, 2012 by and between CT, MidCap, Cambridge, and Wells;
22. Member Security Agreement made, entered into and dated as of August 1, 2014 by and between JLM Financial Healthcare, LP, a Texas limited partnership ("Member") and Cambridge Realty Capital Ltd. of Illinois, an Illinois corporation ("Secured Party") (executed in connection with Crestwood Terrace);
23. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between FT, MidCap, Cambridge, and Wells;
24. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Prtties) dated June 27, 2012, by and between FT, BT, MidCap, Cambridge, and Wells;
25. Deposit Account Control Agreement (Access Restricted after Notice – Two Secured Parties) for Collateral Account Wells Fargo/Acct No 796-3017152 dated June 27,2012 by and between FT, MidCap, Cambridge, and Wells;
26. Deposit Account Control Agreement (Access Restricted after Notice— Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 314-0033956 dated June 27, 2012 by and between FT, MidCap, Cambridge, and Wells;
27. Deposit Account Control, Agreement (Access Restricted Immediately) dated June 27, 2012 by and between FT, Cambridge, and Wells;
28. Collection Account Agreement (Governmental Receivables — Two Secured Parties) dated June 27, 2012 by and between FT, MidCap, Cambridge, and Wells;
29. Member Security Agreement made, entered into and dated as of August 1, 2014 by and between JLM Financial Healthcare, LP, a Texas limited partnership ("Member") and Cambridge Realty Capital Ltd. of Illinois, an Illinois corporation ("Secured Party") (executed in connection with Frankfort Terrace);
30. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between JT, MidCap, Cambridge, and Wells;
31. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between JT, BT, MidCap, Cambridge, and Wells;
32. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 796-3017152 dated June 27, 2012 by and between JT, BT, MidCap, Cambridge, and Wells;
33. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 314-0033923 dated June 27, 2012 by and between JT, MidCap, Cambridge, and Wells;

34. Deposit Account Control Agreement (Access Restricted Immediately) dated June 27, 2012 by and between JT, Cambridge, and Wells;
35. Collection Account Agreement (Governmental Receivables — Two Secured Parties) dated June 27, 2012 by and between JT, MidCap, Cambridge, and Wells;
36. Member Security Agreement made, entered into and dated as of August 1, 2014 by and between JLM Financial Healthcare, LP, a Texas limited partnership ("Member") and Cambridge Realty Capital Ltd. of Illinois, an Illinois corporation ("Secured Party") (executed in connection with Joliet Terrace);
37. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between KT, MidCap, Cambridge, and Wells;
38. Deposit. Account Control Agreement (Access Restricted Immediately Two Secured Parties) dated June 27, 2012, by and between KT, BT, MidCap, Cambridge, and Wells;
39. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 796-3017152 dated June 27, 2012 by and between KT, BT, MidCap, Cambridge, and Wells;
40. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 314-0033246 dated June 27, 2012 by and between KT, MidCap, Cambridge, and Wells;
41. Deposit Account Control Agreement (Access Restricted Immediately) dated June 27, 2012 by and between KT, Cambridge, and Wells;
42. Collection Account Agreement (Governmental Receivables — Two Secured Parties) dated June 27, 2012 by and between KT, MidCap, Cambridge, and Wells;
43. Member Security Agreement made, entered into and dated as of August 1, 2014 by and between JLM Financial Healthcare, LP, a Texas limited partnership ("Member") and Cambridge Realty Capital Ltd. of Illinois, an Illinois corporation ("Secured Party") (executed in connection with Kankakee Terrace);
44. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between SV, MidCap, Cambridge, and Wells;
45. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between SV, BT, MidCap, Cambridge, and Wells;
46. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 796-3017152 dated June 27, 2012 by and between SV, BT, MidCap, Cambridge, and Wells;
47. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 314-0033287 dated June 27, 2012 by and between SV, MidCap, Cambridge, and Wells;
48. Deposit Account Control Agreement (Access Restricted Immediately) dated June 27, 2012 by and between SV, Cambridge, and Wells;
49. Collection Account Agreement (Governmental Receivables — Two Secured Parties) dated June 27, 2012 by and between SV, MidCap, Cambridge, and Wells;
50. Member Security Agreement made, entered into and dated as of August 1, 2014 by and between JLM Financial Healthcare, LP, a Texas limited partnership ("Member") and Cambridge Realty Capital Ltd. of Illinois, an Illinois corporation ("Secured Party") (executed in connection with Southview Terrace);
51. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between TN, MidCap, Cambridge, and Wells;

52. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between TN, BT, MidCap, Cambridge, and Wells;
53. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 796-3017152 dated June 27, 2012 by and between TN, BT, MidCap, Cambridge, and Wells;
54. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 314-0033451 dated June 27, 2012 by and between TN, MidCap, Cambridge, and Wells;
55. Deposit Account Control Agreement (Access Restricted Immediately) dated June 27, 2012 by and between TN, Cambridge, and Wells;
56. Collection Account Agreement (Governmental Receivables — Two Secured Parties) dated June 27, 2012 by and between TN, MidCap, Cambridge, and Wells;
57. Member Security Agreement made, entered into and dated as of August 1, 2014 by and between JLM Financial Healthcare, LP, a Texas limited partnership ("Member") and Cambridge Realty Capital Ltd. of Illinois, an Illinois corporation ("Secured Party") (executed in connection with The Terrace);
58. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between WCT, MidCap, Cambridge, and Wells;
59. Deposit Account Control Agreement (Access Restricted Immediately — Two Secured Parties) dated June 27, 2012, by and between WCT, BT, MidCap, Cambridge, and Wells;
60. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 796-3017152 dated June 27, 2012 by and between WCT, BT, MidCap, Cambridge, and Wells;
61. Deposit Account Control Agreement (Access Restricted after Notice — Two Secured Parties) for Collateral Account Wells Fargo/Acct No. 314-0033758 dated June 27, 2012 by and between WCT, MidCap, Cambridge, and Wells;
62. Deposit Account Control Agreement (Access Restricted Immediately) dated June 27, 2012 by and between WCT, Cambridge, and Wells;
63. Collection Account Agreement (Government Receivables – Two Secured Parties) dated June 27, 2012 by and between WCT, MidCap, Cambridge, and Wells; and
64. Member Security Agreement made, entered into and dated as of August 1, 2014 by and between JLM Financial Healthcare, LP, a Texas limited partnership ("Member") and Cambridge Realty Capital Ltd. of Illinois, an Illinois corporation ("Secured Party") (executed in connection with West Chicago Terrace).